CAN WE GET CLARIFICATIONS ON WHAT TRANSACTIONS WOULD BE EVALUATED THAT COULD BE PART OF THE "GREATER THAN OR EQUAL TO $5,000"? IS THIS BONDS, FINES, ETC.?

FOR COUNTS 13 + 14

[redacted]

Eastern District of Kentucky
FILED
FEB 05 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CAN WE HAVE THE TIMELINE
FROM AGENT HOLLIDAY'S
DEMONSTRATION AND TESTIMONY?
WE BELIEVE THIS WAS SUBMITTED
AS EVIDENCE.

[redacted]

WE HAVE COMPLETED
VERDICT FORM.

[redacted]